### WADE KING V. THE STATE.

No. 17178. Delivered January 23, 1935.
Reported in 78 S. W. (2d) 632.

The opinion states the case.

John J. Pichinson, of Corpus Christi, for appellant.

Lloyd W. Davidson, State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for assault to rob; punishment, two years in the penitentiary.

The record is devoid of any bills of exception. The facts are in a condition of conflict. The State's testimony, if believed by the jury, unquestionably made out a case of assault with intent to rob. The testimony for the appellant amounted to a denial of the State's case, and an effort to prove an alibi. The reconciliation of conflicts in testimony is a matter for the jury. The testimony of the State witnesses, if true, made out a complete case. The use of the word "attempt" in the indictment instead of the word "intent" does not vitiate same. Atkinson v. State, 30 S. W., 1064; Runnels, v. State, 30 S. W., 1065.

No error appearing, the judgment will be affirmed.

*Affirmed.*